# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:  TAMMY K. MURRAY                                          Case Number: 07-71476
        9511 GARY DRIVE                    SSN-xxx-xx-9650
        MACHESNEY PARK, IL  61115

                                                    Case filed on:              6/20/2007
                                                    Plan Confirmed on:
                              U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $150.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY DAVID H CARTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | TAMMY K. MURRAY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | JC AUTO SALES | 2,000.00 | 2,000.00 | 70.20 | 70.05 |
|  | Total Secured | 2,000.00 | 2,000.00 | 70.20 | 70.05 |
| 002 | ACE AMERICA'S CASH EXPR | 1,387.73 | 1,387.73 | 0.00 | 0.00 |
| 003 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMCORE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AT&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CASH LOAN STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | COLLECTION CO. OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COMED CO | 1,031.62 | 1,031.62 | 0.00 | 0.00 |
| 011 | CREDIT PROTECTION ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDITORS ALLIANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDIT PROTECTION ASSOCIATION | 1,508.91 | 1,508.91 | 0.00 | 0.00 |
| 014 | FOREST HILLS VILLAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | GREENTREE FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | HAROLD & SADIE EVERETT | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | HARVARD COLLECTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | INSIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NORTH PARK WATER | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROCKFORD MERCANTILE AGENCY INC | 8,211.39 | 8,211.39 | 0.00 | 0.00 |
| 024 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | UNITED CREDIT SERVICE INC | 729.56 | 729.56 | 0.00 | 0.00 |
| 026 | VONAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ASSET ACCEPTANCE CORP | 280.32 | 280.32 | 0.00 | 0.00 |
| 028 | ROUNDUP FUNDING LLC | 258.51 | 258.51 | 0.00 | 0.00 |
| 029 | ASSET ACCEPTANCE CORP | 185.25 | 185.25 | 0.00 | 0.00 |
|  | Total Unsecured | 13,593.29 | 13,593.29 | 0.00 | 0.00 |
|  | Grand Total: | 15,593.29 | 15,593.29 | 70.20 | 70.05 |

Total Paid Claimant:        $140.25
Trustee Allowance:          $9.75              Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00          discharging the trustee and the trustee's surety from any and all
                                          liability on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

        Report Dated:

                              _/s/ Lydia S. Meyer_____
                              Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on _03/26/2008_              By _/s/Heather M. Fagan_